AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**KEVIN LARON STODDARD**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __MAY 14, 2007__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

**by intimidation, take from the person or presence of another money belonging to, and in the care, custody, control, management and possession of M&T Bank, the deposits of which were insured by the Federal Deposits Insurance Corporation.**

in violation of Title __18__ United States Code, Section(s) __2113(a)__.

I further state that I am __SPECIAL AGENT JEFFREY F. JOHANNES__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**S/A JEFFREY F. JOHANNES**
**FEDERAL BUREAU OF INVESTIGATION**

Sworn to before me and subscribed in my presence,

_____ at    Washington, D.C.
Date                                  City and State

_____        _____
Name & Title of Judicial Officer      Signature of Judicial Officer

<u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>
KEVIN LARON STODDARD

I, JEFFREY F. JOHANNES, Special Agent (SA) with the Federal Bureau of Investigation (FBI), Washington Field Office (WFO), Washington, D.C. (hereinafter affiant), being duly sworn, depose and state as follows:

1. I am "an investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2. I have been a Special Agent with the FBI since 2004. I have been assigned to the Bank Robbery Squad since October of 2006, and have responded to approximately 91 bank robberies, during that time. As part of my duties I have been assigned to investigate a robbery that occurred on May 14, 2007, at the M&T Bank located at 6434 Georgia Avenue, N.W., Washington, D.C. I have investigated robberies at M&T banks, in the past, and I am aware that its deposits are insured by the Federal Deposit Insurance Corporation (FDIC).

3. The information contained in this affidavit was obtained by me and other law enforcement officers. This affidavit is in support of a complaint charging KEVIN LARON STODDARD with bank robbery, in violation of Title 18, United States Code, Section 2113(a). The facts and information contained in this affidavit are

based on my personal knowledge, witness interviews, and my review of documents, and materials containing the observations of others involved in this investigation. This affidavit contains information necessary to support probable cause, and is not intended to include each and every fact and matter observed by me or known to the government.

4. On May 14, 2007, a lone black male walked into the M&T Bank located at 6434 Georgia Avenue, N.W., Washington, D.C. at approximately 12:38 p.m. and said to a victim employee at a desk, "You know the deal," and directed him from his desk to the teller line, where he (Stoddard), then said "I want $50s, $100s, and no dye packs." The bank tellers gave him what they described as a large amount of U.S. currency, which was estimated to be about $14,078, and he left the bank on foot.

5. The man who robbed the bank was described by witnesses as a black male, in his late 30s, early 40s, about 6'00", and weighing between 170 to 180 pounds (medium build), with a light beard, and black dread locks, wrapped in a brown and tan (or gold) scarf.

6. On July 11, 2007, an officer of the Metropolitan Police Department responsible for the businesses in the area of the bank (and including the bank), received calls from two of the victim tellers, who told him that they saw the bank robbery suspect on the street, and that he should come to the bank. When the officer arrived at the bank, a victim bank teller and a bank manager (both of whom had been present at the time of the robbery) met him in the

street and pointed to the area where the suspect was. The officer then conducted identification procedures with each of the witnesses, during which time the suspect, KEVIN LARON STODDARD, was identified. The officer placed STODDARD under arrest. STODDARD gave his height and weight as 5'11", 175 pounds. He has a medium build, is 41 years old, and has black dread locks, which at the time of his arrest was pulled into a knitted cap.

7. This affiant is aware of at least two other bank robberies in which the suspect resembles KEVIN LARON STODDARD. A hat taken upon this arrest appears to be on depicted in one of the prior robberies, and he matches both the descriptions given and the surveillance photographs. The investigations are continuing in those matters. In addition a check of the criminal history of KEVIN LARON STODDARD reveals arrests and convictions for robberies and a bank robbery.

8. Based on the above listed facts and circumstances, your affiant respectfully submits that there is probable cause to believe that KEVIN LARON STODDARD robbed the M&T Bank at 6434 Georgia Avenue, N.W., Washington, D.C., on May 14, 2007, in violation of Title 18, United States Code, Section 2113(a), and request an arrest warrant for that offense.

9. Based on the above information, I believe probable cause exists to conclude that KEVIN LARON STODDARD, by intimidation, did take from the person or presence of another money, namely approximately $14,078, belonging to, and in the care, custody,

control, management and possession of M&T Bank, the deposits of which were then insured by the Federal Deposits Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

_____
Jeffrey F. Johannes
Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me this \_\_\_ day of July, 2007.


_____
UNITED STATES MAGISTRATE JUDGE