IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Sworn in on 11/3/06

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim No. 07-198 |
| | Mag No: 07-355M |
| v. | |
| | VIOLATION: 18 U.S.C. § 2113(a) |
| KEVIN LARON STODDARD, | (Bank Robbery) |
| Defendant. | |

KOLLAR-KOTELLY, J. CKK

AUG 10 2007

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about April 3, 2007, within the District of Columbia, defendant **KEVIN LARON STODDARD**, by intimidation, did take from the person or presence of another money, that is, approximately $17,646.00 belonging to, and in the care, custody, control, management and possession of the M and T Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a)).

### COUNT TWO

On or about May 14, 2007, within the District of Columbia, defendant **KEVIN LARON STODDARD**, by intimidation, did take from the person or presence of another money, that is, approximately $14,078.00 belonging to, and in the care, custody, control, management and

possession of the M and T Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a)).

A TRUE BILL

FOREPERSON

*[signature]*
Attorney of the United States in
and for the District of Columbia