UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Criminal Action No. 07-198 |
| : | |
| **KEVIN LARON STODDARD** : | |
| : | **FILED** |
| Defendant : | |
| : | SEP 1 9 2007 |

ORDER

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 19th day of September, 2007,

**ORDERED** that the Court hereby directs the Probation Office to prepare the criminal history calculation of the sentencing guidelines, for inclusion in a presentence report, to be provided to the Court by no later than October 16, 2007. Once the criminal history calculation for a presentence report in this case is completed, it is to be shared with government's counsel and defense counsel.

_____
**COLLEEN KOLLAR-KOTELLY**
United States District Judge

Copies to:
Shawn Moore, AFPD
Julianne Himelstein, AUSA\
Mark McCroson, Probation Department