UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Criminal No.: 07-198 (CKK) |
| v. | : |
| KEVIN STODDARD, | : |
| Defendant. | : |

### NOTICE OF IMPEACHABLE CONVICTIONS

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby files a notice of intent to introduce evidence of prior convictions, pursuant to F.R.E. 609, should the defendant choose to testify.[1] The convictions that the government asserts are available for cross-examination of the defendant are as follows:

    **1985  PWID PCP**    District of Columbia

    **1989 Prison Breach**    District of Columbia

    **1993 Bank Robbery**    Baltimore, Maryland

    **2003 Robbery**    Landover, Maryland

****

**WHEREFORE, formal filed notice of the Rule 609 convictions is hereby given.**

"[E]vidence that an accused has been convicted" of a crime punishable by more than one year's imprisonment may be used to impeach him if the probative value outweighs the prejudicial effect. Fed. R. Evid. 609(a)(1). Defendant has been convicted of four such crimes. This Court should permit the use of those convictions to impeach the defendant because their probative

---

[1] Copies of certified records will be provided to the defendant as they become available.

value outweighs any prejudicial effect. United States v. Lipscomb, 702 F.2d 1049 (D.C. Cir. 1983) (en banc). In Lipscomb, the Court of Appeals held that "all felony convictions are probative of credibility to some degree." Id. at 1062. Federal Rule of Evidence 609(b) provides that "[e]vidence of a conviction [used for impeachment] is not admissible if a period of more than ten years has elapsed since the date of the conviction or of the release of the witness from the confinement imposed for that conviction, unless the court determines, in the interests of justice, that the probative value of the conviction supported by specific facts and circumstances substantially outweighs its prejudicial effect."

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY

By: _____
    JULIEANNE HIMELSTEIN
    Assistant United States Attorney
    Federal Major Crimes
    D.C. Bar #417136
    555 Fourth Street, N.W.
    Washington, D.C. 20530
    (202) 514-8203
    Julieanne.himelstein@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | Criminal No.: 07-198 (CKK) |
| : | |
| v. : | |
| : | |
| **KEVIN STODDARD** : | |
| : | |
| Defendant. : | |

# **O R D E R**

Upon consideration of defendant's motions and the oppositions thereto filed by the United States, it is this _____ day of 2007, hereby

ORDERED that: government has given notice pursuant to F.R.E. 609 of it's intent to use prior convictions for impeachment.

_____
UNITED STATES DISTRICT JUDGE