CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Number 07-198 (JR) |
| | ) | |
| | ) | |
| | ) | |
| KEVIN LARON STODDARD | ) | Category  B |
| | ) | |
| | ) | |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on September 24, 2007 from

Judge Colleen Kollar-Kotelly to  Judge James Robertson by direction of the

Calendar Committee.

(Judge Robertson has consented to transfer of this case)

ELLEN SEGAL HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Robertson & Courtroom Deputy
      Judge Kollar-Kotelly & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Criminal Case Processing Clerk
      U.S. Attorney—Judiciary Square Building, Room 5133
      Statistical Clerk