UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Criminal Action No. 07-198 |
| **KEVIN LARON STODDARD** : | |
| Defendant : | |

### ORDER

By consent, the above-captioned case shall be transferred to Judge James Robertson. Motions and trial will be set subsequent to November 19, 2007.

Accordingly, it is this _19_ day of September, 2007,

**ORDERED** that the above-captioned case be transferred to Judge James Robertson;

**FURTHER ORDERED** that the Status Hearing previously scheduled before Judge Colleen Kollar-Kotelly on October 16, 2007, is vacated, and that counsel are hereby directed to contact Judge Robertson's Courtroom Deputy, Al Richburg at (202) 354-3182, to reschedule; and it is

**FURTHER ORDERED** that the Criminal History Calculation recently ordered by Judge Kollar-Kotelly shall be provided to Judge James Robertson by no later than October 16, 2007, in lieu of Judge Kollar-Kotelly.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:
Shawn Moore, AFPD
Julianne Himelstein, AUSA
Mark McCroson, Probation Department
Judge James Robertson