# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO.  07-198 (JR) |
| | : | |
| v. | : | |
| | : | |
| KEVIN STODDARD, | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney David  Saybolt,  hereby informs the Court that he is entering his appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____

DAVID SAYBOLT
Assistant United States Attorney
Federal Major Crimes , Bar # 44518
555 4th Street, NW,  Room 4840
Washington, DC 20530
202-307-6080