IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. : 07-198 (JR) |
| | : | |
| v. | : | |
| | : | |
| **KEVIN STODDARD,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

GOVERNMENT'S MOTION TO PHOTOGRAPH THE TEETH OF DEFENDANT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court for an Order granting the government's motion to photograph the defendant's teeth. In support of its motion, the United States relies on the following points and authorities and such other points and authorities as may be cited at a hearing on this motion.

The defendant, Kevin Stoddard, has been indicted on one count of bank robbery, in violation of 18 U.S.C. § 2113(a). The indictment alleges that on both April 3, 2007 and May 14, 2007 defendant robbed the M&T Bank, located in Washington, D.C. After each robbery, witnesses described the robber, among other things, as having bad or broken teeth.

It is well settled that the Fifth Amendment privilege against self incrimination "does not preclude the use of one's body as evidence." United States v. Nesmith, 121 F. Supp. 758, 760 (D.D.C. 1954). Thus, photographing the defendant's teeth and using them as evidence for the purpose of identification is appropriate. Id. at 762 (citing United States v. Kelly, 55 F.2d 67 (2d Cir. 1932)). In other words, requiring a defendant to be fingerprinted, measured, viewed or to reveal other physical characteristics -- such as his teeth -- is not testimonial self incrimination. United

States v. Holt, 218 U.S. 245, 252 (1910) (defendant required to put on blouse); see United States v. Wade, 388 U.S. 218 (1967) (uttering specific words during line-up); Gilbert v. California, 338 U.S. 263 (1967) (handwriting exemplars); United States v. Schmerber, 384 U.S. 757, 764 (1966) (blood test).

It is also settled that no Fourth Amendment privacy interest is violated when fingerprints or similar physical characteristics are observed, taken or recorded. United States v. O'Mara, 410 U.S. 19, 22 (1973) (handwriting exemplars permitted); United States v. Dionisio, 410 U.S. 1, 8 (1973) (voice exemplars permitted).

WHEREFORE, the government requests that this Court order the defendant to submit to the photographing of his teeth.

                              Respectfully submitted,

                              JEFFREY A. TAYLOR
                              United States Attorney
                              Bar No.  # 498610

By:    */s/ Julieanne Himelstein*
                              JULIEANNE HIMELSTEIN
                              Bar No. 417-136
                              Assistant United States Attorney
                              555 4th Street, N.W., Rm. 4832
                              Washington, D.C.  20530
                              (202) 514-8203
                              Julieanne.Himelstein@usdoj.gov

                              */s/ David P. Saybolt*
                              DAVID SAYBOLT
                              V.A. Bar No. 44518
                              Assistant United States Attorney
                              555 4th Street, N.W., Rm. 4840
                              Washington, D.C.  20530
                              (202) 307-6080
                              David.Saybolt@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. : 07-198 (JR)** |
| | : | |
| v. | : | |
| | : | |
| **KEVIN STODDARD,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

ORDER

Upon motion of the United States of America in the above-captioned case for an Order of Court requiring the defendant, Kevin Stoddard, to submit to the photographing of his teeth, and the Court having found probable cause to believe that the photographs will produce evidence of the defendant's involvement in the crimes charged, it is by the Court this _____ day of November, 2007;

ORDERED, that defendant Kevin Stoddard submit to the photographing of teeth; and it is further

  ORDERED, that the parties work out a mutually agreeable date upon which the defendant may be taken to the U.S. Marshal's cellblock of the U.S. District Courthouse, so that the photographs may be taken.

                  _____
                  James Robertson
                  United States District Judge

Cc:
AUSA Julieanne Himelstein
AUSA David P Saybolt
Fax: 202-353-9414

AFPD Shawn Moore
Fax: 202-208-7515