FILED
NOV 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. : 07-198 (JR) |
| v. : | |
| KEVIN STODDARD, : | |
| Defendant. : | |

ORDER

Upon motion of the United States of America in the above-captioned case for an Order of Court requiring the defendant, Kevin Stoddard, to submit to the photographing of his teeth, and the Court having found probable cause to believe that the photographs will produce evidence of the defendant's involvement in the crimes charged, it is by the Court this 27th day of November, 2007;

ORDERED, that defendant Kevin Stoddard submit to the photographing of teeth; and it is further

ORDERED, that the parties work out a mutually agreeable date upon which the defendant may be taken to the U.S. Marshal's cellblock of the U.S. District Courthouse, so that the photographs may be taken.

_____
James Robertson
United States District Judge

Cc:
AUSA Julieanne Himelstein
AUSA David P Saybolt
Fax: 202-353-9414

AFPD Shawn Moore
Fax: 202-208-7515