UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America            )
                                    )
    v.                              )    No. 07-198 (JR)
                                    )
Kevin Stoddard, *Defendant*_____)

NOTICE OF ATTORNEY APPEARANCE

The Clerk will please note the entry of my appearance as of January 11, 2008, as counsel for the Defendant pursuant to my appointment under the Criminal Justice Act.

Respectfully submitted,

NATHAN I. SILVER/#944314
Attorney for Kevin Stoddard
P.O. Box 5757
Bethesda, MD 20824-5757
(301) 229-0189 (voice & fax)
Email: NISquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Notice has been served this 11th day of January 2008 via electronic transmission through ECF upon assts. U.S. Attorney Julieanne Himelstein and David P. Saybolt, Federal Major Crimes Section, U.S. Attorney's Office, 555 4th Street NW, Washington DC 20530.

_____
*Nathan I. Silver*