UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America         ) | |
|                                 ) | |
| v.                                              ) | No. 07-198 (JR) |
|                                ) | |
| Kevin Stoddard, *Defendant*___) | |

MOTION FOR BOND REVIEW

Defendant, through undersigned counsel appointed by the Court under the Criminal Justice Act, hereby moves the Court to vacate the order of pretrial detention and permit his release to the Heightened Supervision Program ("HSP") of the D.C. Pretrial Services Agency. The reasons follow.

1. Defendant stands charged in an indictment which alleges two (2) counts of Bank Robbery, in violation of Title 18 U.S.C. §2113(a). The robberies occurred in 2007, April 3 and May 14, at the M& Bank, 6434 Georgia Ave. NW, in the District of Columbia.

2. The case has been tried twice, conlcluding in each instance with a mistrial. A government witness's improper contact with a juror caused the first mistrial, a hung jury the second. The case is now scheduled for trial on May 12, 2008.

3. Though the charges are serious, the government has alleged, and the evidence has supported, that the robberies were committed by intimidation, not by the use of violence to persons or while armed with a dangerous or deadly weapon.[1]

4. Defendant has several prior convictions, two of which subject him to possible career offender sentencing if convicted of either pending charge. He does not appear to have a record

---

[1] In the first robbery, the robber placed a hard object in the side of Jules King, an employee in the bank, making Mr. King and at least one other witness (a bank teller) think that the robber might be armed. No witness saw an actual weapon.

of failing to appear for his court hearings, though he has a (local) D.C. conviction from 1989 for Prison Breach[2], the predecessor of the current offense known as Escape.

5. Defendant has family in the area who may be able to provide a residence for defendant while his case is pending. His aunt, who attended part of defendant's second trial, did not identify herself to undersigned counsel. However, her interest in the case suggests that she would be able to provide a residence for Mr. Stoddard if the Court chose to release him. It seems that the proper course of action would be to have PSA interview defendant for eligibility in the HSP. It would be able to determine if a suitable residence is available to defendant in the metropolitan Washington, D.C. area, which includes an installed telephone (stripped of custom calling features) for regular contact with defendant.

6. Defendant worked for GLW Sheet Metal, a local contractor that installs ductwork for heating and air conditioning systems, until June, 2007. Defendant was arrested shortly after, on July 11, 2007. Defendant's counsel has called and left a message for (and also emailed) Gregory L. White, Mr. Stoddard's former employer, to determine if defendant could return to his job at GLW. Defendant's counsel will provide this information to the Court when it becomes available.

7. Defendant will submit to drug testing and weekly or more frequent reporting in person to PSA if released.

Defendant requests a hearing on this motion

A proposed Order is attached.

Respectfully submitted,

NATHAN I. SILVER/#944314
Attorney for Kevin Stoddard
P.O. Box 5757

---

[2] Prison Breach typically consisted of leaving a halfway house without permission or failing to return on time.

Bethesda, MD 20824-5757
(301) 229-0189 (voice & fax)
Email: NISquire@aol.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Notice has been served this 29th day of April 2008 via electronic transmission through ECF upon assts. U.S. Attorney Julieanne Himelstein and David P. Saybolt, Federal Major Crimes Section, U.S. Attorney's Office, 555 4th Street NW, Washington DC 20530.

```
                              _____
                              Nathan I. Silver
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America            )
                                    )
    v.                              )   No. 07-198 (JR)
                                    )
Kevin Stoddard, *Defendant*_____)

ORDER

Upon good cause shown in defendant's Motion for Bond Review, and upon review of other evidence in the record of this case, it shall be and hereby is this ____ day of May 2008,

ORDERED, that the defendant shall be released to the Heightened Supervision Program ("HSP") of the D.C. Pretrial Services Agency, subject to the requirements HSP, and remain in HSP while the above-referenced case is pending before the Court so long as defendant remains in compliance with HSP.

_____
James Robertson
United States District Judge

cc.:   Nathan I. Silver, Esq.
       P.O. Box 5757
       Bethesda, MD 20824-5757

       Julieanne Himelstein, Esq.
       David P. Saybolt, Esq.
       United States Attorney's Office
       555 4th Street NW
       Washington DC 20530

       D.C. Pretrial Services Agency
       United States Courthouse