UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      :
                               :
    v.                         :  Crim. Action No. 07-0198 (JR)
                               :
KEVIN LARON STODDARD,          :
                               :
    Defendant.                 :

**ORDER**

FILED
MAY 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Defendant's motion for bond review [23] is **denied without prejudice.** The re-setting of his trial to May 12, 2008 means that the question of his guilt or innocence will be resolved before this Court could reasonably determine the issues presented by the motion, namely, the suitability of a residence where he could stay, and whether he has employment to return to.

---
JAMES ROBERTSON
United States District Judge

