June 16, 2008

Kevin Stoddard
Correctional Training Facility
1901 E. ST SE
Washington, DC 20003

Clerk of Court
US Dist. Court for the Dist. of Columbia
333 Const. Ave NW, Room 122
Washington, DC 20003

ATTN: The Honorable Judge James Robertson

RE: Request for Release Pending Trial

CR 07-198-JR

**FILED**

JUN 25 2008

Clerk, U.S. District and
Bankruptcy Courts

6/23/08
Let this be filed.
[signature]
USDJ

SIR;

  In a few short weeks I will have been held in custody pending trial for a period of one (1) year (July 11th). This past year has been burdensome on my family and loved ones, and my absence sorely felt. This length of time has also played heavy upon me and, adding the fact I am innocent of the charges claimed against me, make this nightmare all the more unbearable. I look forward to the opportunity to prove these accusations against me false and to once again surround myself with my family... To return to work and resume my responsibilities.

  I pray daily for my release and reverently request that you, as my Judge, carefully consider this request for such. You will find that throughout my lengthy period of incarceration, awaiting trial, I have conducted myself in the behavior of what should be expected of a 42 year old man. I consider myself a decent man and help others when I can. Please, Sir, help me in my time of need by thoughtfully considering this Request for Release Pending Trial.

  Thank you, Sir, in advance.

Sincerely; [signature]

K.L. Stoddard - 220383
1901 E. St. SE
Washington, D.C. 20003

SOUTHERN MD 207

19 JUN 2008 PM

USA 41

Clerk Of Court
U.S. Dist. Court for the Dist. of Columbia
333 Const. Ave. NW
Room 122
Washington, D.C.
              20003

ATTN: The Honorable Judge James Robertson

Received
Mail Room
JUN 20
Nancy Mayer Whittington
US District Court, Dist.