**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Criminal No. 07-198 (JR)** |
| | **:** | |
| | **:** | |
| **V.** | **:** | |
| | **:** | |
| **KEVIN STODDARD,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR RELEASE**
**PENDING TRIAL**

The United States of America, by and through its attorney, the United States Attorney for the

District of Columbia, respectfully opposes Defendant's motion.  In support of its opposition, the

Government states as follows:

1.      Defendant is charged with two counts bank robbery in violation of 18

U.S.C.§2113(a).

2.       On December 11, 2007, a trial commenced . On  December 14, 2007, the Court

granted a mistrial after a government witness had inappropriate contact with jury members.  A retrial

began on April 21, 2008, and on April 25, 2008, the Court granted a mistrial after determining that

the jury was unable to reach a verdict.

3.      Defendant now requests that he be released pending the third trial, claiming that this

"past year has been burdensome on my family and loved ones, and my absence sorely felt...[t]his

length of time has also played heavy upon me and, adding the fact I am innocent of the charges

claimed against me, make this nightmare all the more unbearable..." .

4.      Defendant fails to submit any new evidence whatsoever regarding his risk of flight.

The fact that his family has been burdened by his ordeal is certainly not a reason to release him.  In

her detention order on July 17, 2007,  United States Magistrate Judge Robinson  found clear and convincing evidence that no condition or combination of conditions of release would reasonably assure the defendant's  appearance at his third trial.[1]

5.       Indeed, the defendant's criminal history is substantial.  The defendant was convicted of Possession with Intent to Distribute PCP (1985), Prison Breach (1989), Bank Robbery (1993) and Robbery (2002).  Moreover, the defendant has incurred multiple parole violations. As a consequence, defendant is a career offender as defined in USSG Chapter 4, which would result in a criminal history category VI.   Defendant has failed to cite any evidence which would  support any change whatsoever in the Court's Order of Detention.

WHEREFORE, the United States respectfully requests that the Court deny Defendant's Motion for Release.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

By:       _____

Julieanne Himelstein
Assistant United States Attorney
D.C. Bar No. 417136
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-8203
julieanne.himelstein@usdoj.gov

---

[1]Although this will be defendant's third trial, a large part of the delay has been a direct result of his desire to be represented by different lawyers each time.