UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           :
                                    :
        v.                          :   Crim. Action No. 07-0198 (JR)
                                    :
KEVIN LARON STODDARD,               :
                                    :
        Defendant.                  :

FILED
JUL 11 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MEMORANDUM ORDER

      Although I denied Kevin Stoddard's motion for release pending trial [27] by minute order entered July 3, 2008, I now grant the motion for review of detention order filed by his attorney on July 7, 2008 [30]. I do so after carefully considering the response filed by the United States [29] to Mr. Stoddard's first motion, but that first motion was not buttressed, as the instant motion is, with specific information about where, and with whom, Mr. Stoddard might reside pending his retrial in October, and where, and with whom, Mr. Stoddard might be employed.

      Defendant will be released on his personal recognizance upon condition that he reside with his sister, Ms. Sherita Stoddard,

      that he regain and maintain full-time employment with GLW SheetMetal Company, 1414 Ritchie Marlboro Highway, Capital Heights, Maryland; that he report weekly to the Pretrial Services Agency, in person or by telephone, or both, as they require, and

that he satisfy any and all additional conditions that Pretrial Services imposes.

                                                */s/ James Robertson*
                                                JAMES ROBERTSON
                                          United States District Judge